Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY 30 AM 10: 27

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

ECL

BY:

DANIEL T. BRUMFIELD, M.D. and
DAINA RYCKMAN

**vs**

SDPD OFFICER MUNOZ, SDPD
OFFICER DAWSON, SDPD
OFFICER PIERCE, SDPD OFFICER
BOLLIG, AMERICO A. ALBALA,
M.D., MICHAEL E. MCMANUS,
M.D., and DOES 1-20 inclusive

**SUMMONS IN A CIVIL ACTION**

Case No.

**'08 CV 0958 WQH NLS**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Keith H. Rutman, Attorney at Law
402 W Broadway, Suite 2010
San Diego, CA. 92101-8516
Telephone: 619-237-9072

An answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 5/30/08 |
|---|---|
| CLERK | DATE |

By _____, Deputy Clerk

B. LLOYD

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

C R