Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

DANIEL T. BRUMFIELD, M.D. and
DAINA RYCKMAN

vs

SDPD OFFICER MUNOZ, SDPD OFFICER DAWSON, SDPD OFFICER PIERCE, SDPD OFFICER BOLLIG, AMERICO A. ALBALA, M.D., MICHAEL E. MCMANUS, M.D., and DOES 1-20 inclusive

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0958 WQH NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Keith H. Rutman, Attorney at Law
402 W Broadway, Suite 2010
San Diego, CA. 92101-8516
Telephone: 619-237-9072

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                               5/30/08
CLERK                                                  DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| *Attorney or Party without Attorney:*<br>KEITH H. RUTMAN, ESQ., Bar #144175<br>ATTORNEY AT LAW<br>402 WEST BROADWAY<br>SUITE 2010<br>SAN DIEGO, CA 92101<br>Telephone No: 619-237-9072<br><br>*Attorney for:* Plaintiff | *For Court Use Only:* |
|---|---|

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Southern District Of California

*Plaintiff:* DANIEL T. BRUMFIELD, M.D.
*Defendant:* SDPD OFFICER MUNOZ

| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CV0958WQHNLS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR DAMAGES.

3. a. Party served:  AMERICO A. ALBALA, M.D.
   b. Person served: ROBERT RUBIN, M.D., AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF DR. ALBALA.

4. Address where the party was served: 4370 LA JOLLA VILLAGE DRIVE, #400
   UNIVERSITY CITY, CA 92122

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 10, 2008 (2) at: 11:29AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**
   a. JONAS WILLIAMS
   
   **First Legal Support Services**
   ATTORNEY SERVICES
   1111 6TH AVENUE, SUITE 204
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361
   
   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $30
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.: 4005
      (iii) County: San Diego

8. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.**
   Date: Wed, Jun. 11, 2008

   (JONAS WILLIAMS)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMS IN CIV. ACTION

929369.keiru.138936

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| KEITH H. RUTMAN, ESQ., Bar #144175<br>ATTORNEY AT LAW<br>402 WEST BROADWAY<br>SUITE 2010<br>SAN DIEGO, CA 92101<br>Telephone No: 619-237-9072 | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Southern District Of California | | | | |
| Plaintiff: DANIEL T. BRUMFIELD, M.D. | | | | |
| Defendant: SDPD OFFICER MUNOZ | | | | |
| **PROOF OF SERVICE<br>SUMMS IN CIV. ACTION** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV0958WQHNLS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR DAMAGES.

3. a. Party served:   MICHAEL E. MCMANUS, M.D.
   b. Person served:   DR. ROBERT RUBIN, AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF DR. MCMANUS.

4. Address where the party was served:   4370 LA JOLLA VILLAGE DRIVE
   SUITE 400
   SAN DIEGO, CA 92122

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 10, 2008 (2) at: 11:29AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                                            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JANOS WOHNER                                d. *The Fee for Service was:* $14.55
   b. **FIRST LEGAL SUPPORT SERVICES**        e. I am: (3) registered California process server
   5450 RALSTON STREET                              (i)   Independent Contractor
   SUITE 206                                                 (ii)  Registration No.:   388
   VENTURA, CA 93003                                 (iii) County:                 Ventura
   c. (805) 654-1535

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Wed, Jun. 11, 2008

   (JANOS WOHNER)   929368.keiru.138901

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMS IN CIV. ACTION

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| KEITH H. RUTMAN, ESQ., Bar #144175<br>ATTORNEY AT LAW<br>402 WEST BROADWAY<br>SUITE 2010<br>SAN DIEGO, CA 92101<br>Telephone No: 619-237-9072 | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Southern District Of California | | | | |
| Plaintiff: DANIEL T. BRUMFIELD, M.D.<br>Defendant: SDPD OFFICER MUNOZ | | | | |
| **PROOF OF SERVICE**<br>**SUMMS IN CIV. ACTION** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV0958WQHNLS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR DAMAGES.

3. a. Party served:        SDPD OFFICER MUNOZ (#5600)
   b. Person served:     CHRISTEN CAMERON, AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served:    1401 BROADWAY
                                          SAN DIEGO, CA 92101

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 09, 2008 (2) at: 1:55PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**
   a. R.T. HANSELL

   First Legal Support Services
   ATTORNEY SERVICES
   1111 6TH AVENUE, SUITE 204
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $30
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    351
      (iii) County:              San Diego

8. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.**
   Date: Fri, Jun. 13, 2008

   Judicial Council Form POS-010        PROOF OF SERVICE        (R.T. HANSELL)        930029.keiru.139593
   Rule 2.150.(a)&(b) Rev January 1, 2007        SUMMS IN CIV. ACTION

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| KEITH H. RUTMAN, ESQ., Bar #144175<br>ATTORNEY AT LAW<br>402 WEST BROADWAY<br>SUITE 2010<br>SAN DIEGO, CA 92101<br>Telephone No: 619-237-9072 | |
| Attorney for: Plaintiff | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Southern District Of California

Plaintiff: DANIEL T. BRUMFIELD, M.D.
Defendant: SDPD OFFICER MUNOZ

| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV0958WQHNLS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR DAMAGES

3. a. Party served: SDPD OFFICER BOLLIG (#4565)
   b. Person served: CHRISTEN CAMERON, AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served: 1401 BROADWAY
   SAN DIEGO, CA 92101

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 09, 2008 (2) at: 1:55PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: SDPD OFFICER BOLLIG (#4565)
   Under CCP 416.90 (authorized person)

7. **Person Who Served Papers:**
   a. R.T. HANSELL

   First Legal Support Services SM
   ATTORNEY SERVICES
   1111 6TH AVENUE, SUITE 204
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $30
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.: 351
       (iii) County: San Diego

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, Jun. 10, 2008

   (R.T. HANSELL)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007
PROOF OF SERVICE
SUMMS IN CIV. ACTION
930032.keiru.138691

| Attorney or Party without Attorney: | | Ref. No. or File No.: | For Court Use Only |
|---|---|---|---|
| KEITH H. RUTMAN, ESQ., Bar #144175<br>ATTORNEY AT LAW<br>402 WEST BROADWAY<br>SUITE 2010<br>SAN DIEGO, CA 92101<br>Telephone No: 619-237-9072 | | | |
| Attorney for: Plaintiff | | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Southern District Of California

Plaintiff: DANIEL T. BRUMFIELD, M.D.
Defendant: SDPD OFFICER MUNOZ

| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV0958WQHNLS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR DAMAGES.

3. a. Party served:    SDPD OFFICER DAWSON (#6069)
   b. Person served:   CHRISTEN CAMERON, AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served:   1401 BROADWAY
                                          SAN DIEGO, CA 92101

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 09, 2008 (2) at: 1:55PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: SDPD OFFICER DAWSON (#6069)
   Under CCP 416.90 (authorized person)

7. *Person Who Served Papers:*
   a. R.T. HANSELL

   First Legal Support Services
   ATTORNEY SERVICES
   1111 6TH AVENUE, SUITE 204
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $56.38
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   351
      (iii) County:             San Diego

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Jun. 10, 2008

   (R.T. HANSELL)

   Judicial Council Form POS-010       PROOF OF SERVICE       930030.keiru.138690
   Rule 2.150.(a)&(b) Rev January 1, 2007       SUMMS IN CIV. ACTION

| Attorney or Party without Attorney:<br>KEITH H. RUTMAN, ESQ., Bar #144175<br>ATTORNEY AT LAW<br>402 WEST BROADWAY<br>SUITE 2010<br>SAN DIEGO, CA 92101<br>Telephone No: 619-237-9072<br><br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Southern District Of California

Plaintiff: DANIEL T. BRUMFIELD, M.D.
Defendant: SDPD OFFICER MUNOZ

| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV0958WQHNLS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR DAMAGES

3. a. Party served:          SDPD OFFICER PIERCE (#4549)
   b. Person served:         CHRISTEN CAMERON, AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served:    1401 BROADWAY
                                          SAN DIEGO, CA 92101

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 09, 2008 (2) at: 1:55PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: SDPD OFFICER PIERCE (#4549)
   Under CCP 416.90 (authorized person)

7. **Person Who Served Papers:**
   a. R.T. HANSELL

   First Legal Support Services
   ATTORNEY SERVICES
   1111 6TH AVENUE, SUITE 204
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $30
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    351
      (iii) County:              San Diego

8. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.**
   Date: Tue, Jun. 10, 2008

                                                                              (R.T. HANSELL)
Judicial Council Form POS-010                PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007       SUMMS IN CIV. ACTION                      930031.keiru.138689