KEITH H. RUTMAN (CSB #144175)
Attorney at Law
402 West Broadway, Suite 2010
San Diego, California 92101-8516
Telephone: (619) 237-9072
Facsimile: (760) 454-4372
email: krutman@krutmanlaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL T. BRUMFIELD, M.D., and DAINA RYCKMAN,<br><br>   Plaintiffs,<br><br>v.<br><br>SDPD OFFICER MUNOZ,<br>SDPD OFFICER DAWSON,<br>SDPD OFFICER PIERCE,<br>SDPD OFFICER BOLLIG,<br>AMERICO A. ALBALA, M.D.,<br>MICHAEL E. MCMANUS, M.D.,<br>and DOES 1-20 inclusive,<br><br>   Defendants. | Case No. 08-CV-958-WQH (NLS)<br><br>NOTICE OF CHANGE OF ADDRESS |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective July 1, 2008 the Law Office of Keith H. Rutman has relocated. Please note that only the address has changed. The telephone number, facsimile number and e-mail address remain unchanged.

All pleadings and correspondence may be addressed to Keith H. Rutman, Attorney at Law, 402 West Broadway, Suite 2010, San Diego, California 92101-8516; Telephone:

1  619-237-9072; Facsimile: 760-454-4372; e-mail krutman@krutmanlaw.com.

2  Please adjust your records accordingly.

3  Respectfully Submitted,

4  Dated: July 3, 2008          s/ Keith H. Rutman
                                KEITH H. RUTMAN
5                               Attorney for Plaintiff
                                Email: krutman@krutmanlaw.com

6

7  **CERTIFICATE OF SERVICE**

8  I certify that on July 3, 2008 I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of California, using the electronic case filing (ECF) system of the Court, and thereby served it on all counsel of record in this case.

9

10 Dated: July 3, 2008          s/ Keith H. Rutman
                                KEITH H. RUTMAN
11                              Attorney for Plaintiff
                                Email: krutman@krutmanlaw.com