KEITH H. RUTMAN (CSB #144175)
Attorney at Law
402 West Broadway, Suite 2010
San Diego, California 92101-8516
Telephone: (619) 237-9072
Facsimile: (760) 454-4372
email: krutman@krutmanlaw.com

Attorney for Plaintiffs
**and on behalf of all parties**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL T. BRUMFIELD, M.D., and DAINA RYCKMAN, | Case No. 08-CV-958-WQH (NLS) |
| Plaintiffs, | JOINT MOTION TO CONTINUE ENE CONFERENCE |
| v. | |
| SDPD OFFICER MUNOZ, SDPD OFFICER DAWSON, SDPD OFFICER PIERCE, SDPD OFFICER BOLLIG, AMERICO A. ALBALA, M.D., MICHAEL E. MCMANUS, M.D., and DOES 1-20 inclusive, | DATE: 8/26/08 @ 2:00 COURTROOM: F |
| Defendants. | |

The parties to the instant case, by and through their attorneys of record, hereby jointly move the Court to continue the ENE conference, presently set for August 26, 2008 at 2:00 p.m., to October 1, 2008 (in the morning calendar, if available)

As grounds for the request, the parties state that a hearing on Defendant ALBALA and McMANUS' Motion to Dismiss the Complaint under F.R.C.P. 12(b)(6) is scheduled for August 25, 2008 before District Judge Hayes. No oral argument is to be held unless requested by the Court, so it is unknown when a ruling will be issued.

As such, the ENE should be continued until such time as it may be determined if

///

///

| | |
|---|---|
| Defendants ALBALA and McMANUS will still be parties to the action. | |
| | Respectfully Submitted, |
| Dated: August 12, 2008 | s/ Keith H. Rutman<br>KEITH H. RUTMAN<br>Attorney for Plaintiffs<br>Email: krutman@krutmanlaw.com |
| Dated: August 12, 2008 | MICHAEL AGUIRRE, San Diego City Attorney |
| By: | s/ Jane M. Boardman, Deputy City Attorney<br>Attorneys for Defendant San Diego Police Officers<br>Email: Jboardman@sandiego.gov |
| Dated: August 12, 2008 | LA FOLLETTE, JOHNSON, DE HAAS,<br>FESLER & AMES |
| By: | s/ Dennis Ames<br>Dennis Ames, Esq.<br>Attorneys for Defendants ALBALA and McMANUS<br>Email: dames@ljdfa.com |

## CERTIFICATE OF SERVICE

I certify that on August 12, 2008 I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of California, using the electronic case filing (ECF) system of the Court, and thereby served it on all counsel of record in this case.

Dated: August 12, 2008    s/ Keith H. Rutman
KEITH H. RUTMAN
Attorney for Plaintiff
Email: krutman@krutmanlaw.com