UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL T. BRUMFIELD, M.D., and DAINA RYCKMAN,<br><br>  Plaintiffs,<br>v.<br><br>SDPD OFFICERS MUNOZ, DAWSON, PIERCE, and BOLLIG; AMERICO A. ALBALA, M.D.; MICHAEL MCMANUS, M.D., and DOES 1-20 inclusive,<br><br>  Defendants. | Civil No.08cv958-WQH(NLS)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE;**<br><br>[Doc. No. 9]<br><br>**VACATING AND RESETTING CONFERENCE** |

Before the Court in the above-captioned matter is a joint request by the parties to continue the Early Neutral Evaluation Conference ("ENE") currently scheduled for August 26, 2008 at 2:00 p.m. [Doc. No. 9]. The parties base their request on the current procedural posture of the case; two of the five individually named defendants have filed a motion to dismiss Plaintiff's case against them [Doc. No. 4]. The motion is pending before the presiding District Judge, set for hearing on August 25, 2008. The parties assert that the ENE would be more productive if held subsequent to the motion hearing, in the event that the moving defendants are dismissed from the litigation, thereby impacting the parameters of early settlement negotiations. The Court agrees, and finds good cause to continue the ENE to the parties' requested date of October 1, 2008. However, the Court's schedule on that date necessitates that the ENE be placed on the afternoon calendar.

/ / /

1     Accordingly, the Court **GRANTS** the joint motion, and the August 26, 2008 ENE is hereby
2 **VACATED** and **RESET** for *<u>October 1, 2008</u>* at *<u>2:00 p.m</u>*.
3     **IT IS SO ORDERED**.
4 DATED: August 15, 2008

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District